**Electronically Filed
Supreme Court
SCAP-24-0000459
10-DEC-2024
07:46 AM
Dkt. 39 ODSMR**

SCAP-24-0000459

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I
_____

ANNETTE BLOCH,
Respondent/Plaintiff-Appellee,

vs.

DAVID BLOCH,
Petitioner/Defendant-Appellant.
_____

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(CAAP-24-0000459; CASE NO. 3FDV-22-0000791)

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

On December 5, 2024, Petitioner filed a motion for reconsideration of this court's November 27, 2024 order denying Petitioner's application for transfer. Reconsideration of this court's November 27, 2024 order is not allowed. Hawai‘i Rules of Appellate Procedure Rule 40.2(f) (2012) ("The grant or denial of an application for transfer shall not be subject to a motion for reconsideration.").

This court's consideration of Petitioner's transfer application has concluded. Petitioner should not be filing additional documents concerning Petitioner's transfer

application in this SCAP case.  Petitioner is instructed to file additional documents concerning the appeal in the Intermediate Court of Appeals under case number CAAP-24-0000459.

IT IS HEREBY ORDERED that the motion for reconsideration is dismissed.

DATED: Honolulu, Hawaiʻi, December 10, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens



2